IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| CITY HOMES III LLC | * | Case No: 13-25370-RAG |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CITY HOMES, INC. | * | Case No: 13-25371 |
| CITY HOMES BRETTON LLC | | Case No: 13-25372 |
| CITY HOMES EAST BUSINESS TRUST | * | Case No: 13-25373 |
| CITY HOMES JOHNSTON SQUARE LLC | | Case No: 13-25376 |
| CITY HOMES MANAGEMENT LLC | * | Case No: 13-25377 |
| CITY HOMES NEWINGTON LLC | | Case No: 13-25378 |
| CITY HOMES OCALA LLC | * | Case No: 13-25379 |
| CITY HOMES PATRIOTS II LLC | | Case No: 13-25380 |
| CITY HOMES PEABODY LLC | * | Case No: 13-25381 |
| CITY HOMES ROYALTON LLC | | Case No: 13-25382 |
| CITY HOMES WEST BUSINESS TRUST | * | Case No: 13-25383 |
| Debtors[1] | * | (Joint Administration Requested) |

\* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF HEARING ON FIRST-DAY MOTIONS

PLEASE TAKE NOTICE THAT a hearing to consider (1) the Debtors' Motion for an Order (A) Authorizing the Debtors' Interim and Final Use of Cash Collateral Pursuant to 11 U.S.C. §§ 361, 363 and 552, (B) Granting Adequate Protection, and (C) Scheduling Final Hearing Pursuant to 11 U.S.C. § 363(c)(2) and Fed.R.Bankr.P. 4001 [City Homes III LLC, Dkt. # 6] and (2) the Motion of City Homes Management LLC for Entry of an Order Authorizing Payment of Prepetition Wages, Compensation, Employee Benefits, Expense Reimbursement and Related Items, and the Continuation of Certain Employment Policies in the Ordinary Course [City Homes Management LLC, Dkt. # 6] has been scheduled for **Friday, September 13, 2013, at 10:30 a.m.**, in Courtroom 1-B of the United States Bankruptcy Court for the District of Maryland located at 101 West Lombard Street, Baltimore, Maryland 21201.

---

[1] The Debtors in these Chapter 11 bankruptcy cases are City Homes III LLC, City Homes, Inc., City Homes Bretton LLC, City Homes East Business Trust, City Homes Johnston Square LLC, City Homes Management LLC, City Homes Newington LLC, City Homes Ocala LLC, City Homes Patriots II LLC, City Homes Peabody LLC, City Homes Royalton LLC, and City Homes West Business Trust.

- 2 -

Dated:      September 11, 2013                    /s/ James A. Vidmar
                                                                James A. Vidmar, 00271
                                                                Lisa Yonka Stevens, 27728
                                                                Yumkas, Vidmar & Sweeney, LLC
                                                                2530 Riva Road, Suite 400
                                                                Annapolis, Maryland  21401
                                                                (443) 569-5977
                                                                jvidmar@yvslaw.com

                                                                Counsel for Debtors

## CERTIFICATE OF SERVICE

        I hereby certify that on the 11th day of September 2013, notice of filing of the Notice of Hearing on First-Day Motions (the "Notice") was sent electronically to those parties listed on the docket as being entitled to such electronic notices, and a copy of the Notice was mailed first class, postage prepaid to the parties on the attached service list.  In addition, each party or its counsel received a copy of the Notice by facsimile and/or electronic mail.

                                                                       /s/ James A. Vidmar
                                                                       James A. Vidmar

Consolidated List of 20 Largest
Unsecured Creditors by First Class Mail:

| | | |
|---|---|---|
| Andrew Parmlee, III<br>8711 Eddington Road<br>Baltimore, MD 21234 | Brandon Foster<br>251 South Ellwood Avenue<br>Baltimore, MD 21224 | Briana L. Kinsler<br>1403 Kirkwood Road<br>Gwynn Oak, MD 21207 |
| Carlisa S. Lewis<br>1609 North Milton Avenue<br>Baltimore, MD 21213 | Cecil Harris, III<br>513 North Curley Street<br>Baltimore, MD 21205 | Chantera Davis<br>746 Grantley Street<br>Baltimore, MD 21229 |
| Charles E.K. Blount<br>3811 Norfolk Avenue<br>Baltimore, MD 21216 | Corvonte Khalid Burgess<br>12917 Kentbury Drive<br>Clarksville, MD 21029 | Danae Lynnett Mack<br>1620 Latrobe Street<br>Baltimore, MD 21202 |
| Daquan Jamal Butler<br>918 Erie Street<br>Havre De Grace, MD 21078 | Darmonique Hamlin<br>1657 Cliftview Avenue<br>Baltimore, MD 21213 | Daunte Harper<br>2715 Spellman<br>Baltimore, MD 21225 |
| Demetre Quick<br>1912 Barry Road<br>Dundalk, MD 21222 | Dennis Edward Hughes<br>5350 Arlington Expressway<br>Jacksonville, FL 32211 | Dontae Stinnette<br>c/o David F. Albright, Jr., Esquire<br>Bennett & Albright, P.A.<br>201 North Charles Street, Suite 500<br>Baltimore, MD 21201 |
| Ernest A. Bell, Jr.<br>2024 East Lafayette Street<br>Baltimore, MD 21213 | Gabriel Alexander<br>3113 Tindale Avenue<br>Baltimore, MD 21214 | Ivan Turner, Jr.<br>1210 Punjab Drive<br>Essex, MD 21221 |
| Jaquitta Sabb<br>31 North Potomac Street<br>Baltimore, MD 21224 | Jasmere Fisher<br>2813 The Alameda<br>Baltimore, MD 21218 | Jerett Alston<br>2500 Wildpark Avenue<br>Parkville, MD 21234 |
| Jovar Joyner<br>1634 North Bond Street<br>Baltimore, MD 21213 | Kendea Poteat<br>2547 West Lafayette Avenue<br>Baltimore, MD 21216 | KeWuan K. Hardy<br>3907 Edgewood Road<br>Baltimore, MD 21215 |
| Korryn Gaines<br>1149 North Carrolton Avenue<br>Baltimore, MD 21217 | Laru L. Wright<br>1829 Eagle Street<br>Baltimore, MD 21223 | Latarsha Pierce<br>5503 Lynview Avenue<br>Baltimore, MD 21215 |

| | | |
|---|---|---|
| Lisa Latia Graves<br>416 West 29th Street<br>Baltimore, MD 21218 | Lynell Watson<br>3539 Dudley Avenue<br>Baltimore, MD 21213 | Marion Smith<br>3601 Howard Park Avenue<br>Baltimore, MD 21216 |
| Martieze Brockington<br>1146 Kelfield Drive<br>Halethorpe, MD 21227 | Marvin Carroll, III<br>4609 Frankford Avenue<br>Baltimore, MD 21206 | Nakell Harris<br>1211 Argle Avenue<br>Baltimore, MD 21217 |
| Nashay Heard<br>501 Hoffman Street<br>Baltimore, MD 21201 | Raynell A. Alfonso<br>1773 Homestead Street<br>Baltimore, MD 21218 | Robert Miller<br>3539 Dudley Avenue<br>Baltimore, MD 21213 |
| Savon Johnson<br>2806 Hamilton Avenue<br>Baltimore, MD 21214 | Shaday Adams<br>307 South Payson Street<br>Baltimore, MD 21223 | Shamata Phillips<br>206 South Gilmore Street<br>Baltimore, MD 21223 |
| Sharnisha Holmes<br>c/o Saul E. Kerpelman, Esquire<br>Equitable Building, Suite 600<br>10 North Calvert Street<br>Baltimore, MD 21202 | Shatia Drummond<br>325 McMechen Street<br>Baltimore, MD 21217 | Stacie Thomas<br>311 52nd Street<br>Baltimore, MD 21224 |
| Stephen Howard<br>3411 Keene Avenue<br>Baltimore, MD 21214 | Terrea Zaniquea Swilling<br>3439 Reisterstown Road<br>Baltimore, MD 21215 | Tiffany Renee Henriques<br>3138 Cliftmont Avenue<br>Baltimore, MD 21213 |
| Tyese Boykin<br>1302 Mosher Street<br>Baltimore, MD 21217 | Willard Richard Brown, Jr.<br>2287 Fisherman Lane<br>Dillon, SC 29536 | |

Counsel for 20 Largest Unsecured Creditors by First Class Mail, Email and Fax:

| | | |
|---|---|---|
| William Beveridge/Scott E. Nevin/<br>Bruce H. Powell/Joseph E. Spicer/<br>George Swegman<br>The Law Office of Peter T. Nicholl<br>36 South Charles Street, Suite 1700<br>Baltimore, Maryland  21201<br>Fax: 410-244-1047 | BPowell@nicholllaw.com;<br>CNicholl@nicholllaw.com;<br>GSwegman@nicholllaw.com;<br>RLeonard@nicholllaw.com;<br>JSpicer@nicholllaw.com;<br>SNevin@nicholllaw.com;<br>SLubar@nicholllaw.com | |
| David F. Albright, Jr., Esquire<br>Bennett & Albright, P.A.<br>201 North Charles Street, Suite 500<br>Baltimore, Maryland  21201<br>dave@dfajrlaw.com<br>Fax: 410-547-8621 | Alan Joseph Mensh, Esquire<br>Law Offices of Ashcraft & Gerel LLP<br>10 East Baltimore Street, Suite 1212<br>Baltimore, Maryland  21202<br>amensh@ashcraftlaw.com<br>Fax: 410-547-1261 | Saul E. Kerpelman, Esquire<br>Equitable Building, Suite 600<br>10 North Calvert Street<br>Baltimore, Maryland  21202<br>saul@kerpelman.com<br>Fax: 410-332-4509 |

Evan K. Thalenberg, Esquire
Nicholas A. Szokoly, Esquire
Law Offices of Evan K. Thalenberg, PA
216 East Lexington Street
Baltimore, Maryland  21202
ektlaw@gmail.com
Fax: 410-625-9200

Michael A. Pulver, Esquire
The Yost Legal Group
341 North Calvert Street, Suite 100
Baltimore, Maryland  21202
mpulver@yostlaw.com
Fax: 410-727-4556

Secured Creditors by First Class Mail, Email and Fax:

City of Baltimore
Department of Finance
200 Holiday Street
Baltimore, MD 21202
paul.graziano@baltimorecity.gov
jim.majors@baltimorecity.gov
Fax: 410-545-7771

The Harbor Bank of Maryland
25 West Fayette Street
Baltimore, MD 21201
rweiner@theharborbank.com
Fax: 443-923-0535

Enterprise Loan Fund, Inc.
70 Corporate Center
11000 Broken Land Parkway, Suite 700
Columbia, MD 21044
fthomas@enterprisecommunity.org
Fax: (410) 772-3076

Mayor and City Council of Baltimore
100 North Holliday Street LL82
Baltimore, MD 21202
paul.graziano@baltimorecity.gov
jim.majors@baltimorecity.gov
Fax: 410-545-7771

Mayor & City Council of Baltimore
Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202
paul.graziano@baltimorecity.gov;
jim.majors @baltimorecity.gov
Fax:410-545-7771

MD DHCD/CDA
Attention: Kathleen Kenney
100 Community Place
Crownsville, MD 21032
kenney@mdhousing.org
millerd@mdhousing.org
Fax: 410-987-4238

MD DHCD/CDA
Attention: Sandra Kronstadt
100 Community Place
Crownsville, MD 21032
kronstadt@mdhousing.org
Fax: 410-987-4238

MD DHCD/CDA
Attention: Jane Slogum
100 Community Place
Crownsville, MD 21032
slogum@mdhousing.org
Fax: 410-987-4238

MD DHCD/CDA
Attention: Bill Wiley
100 Community Place
Crownsville, MD 21032
wiley@mdhousing.org
Fax: 410-987-4238

The following parties received electronic notice of the filing:

Office of the U.S. Trustee
101 West Lombard Street
Baltimore, Maryland  21201

Case 13-25371    Doc 14    Filed 09/12/13    Page 5 of 5